IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT
DUPAGE COUNTY, ILLINOIS, LAW DIVISION

Candice Adams
e-filed in the 18th Judicial Circuit Court
DuPage County
ENVELOPE: 31248278
2025LA000138
FILEDATE: 2/3/2025 3:15 PM
Date Submitted: 2/3/2025 3:15 PM
Date Accepted: 2/4/2025 11:21 AM
CK

DEBORAH A. SMITH, and
GARY SMITH, her husband,

Plaintiffs,

v.

TARGET CORPORATION,

Defendant.

2025LA000138

Case No.:

Plaintiff Demands a Jury Trial

## COMPLAINT AT LAW

NOW COMES DEBORAH A. SMITH AND GARY SMITH, her husband, by and through her attorneys, ROMANUCCI & BLANDIN, LLC, and complaining of Defendant TARGET CORPORATION, pleading hypothetically and in the alternative where stated or applicable, hereby states as follows:

## JURISDICTION

1. On April 28, 2024, and at all times relevant, Plaintiff DEBORAH A. SMITH was a resident of Lake in the Hills, McHenry County, Illinois.

2. On April 28, 2024, and at all times relevant, Plaintiff GARY SMITH was a resident of Lake in the Hills, McHenry County, Illinois.

3. On April 28, 2024, and at all times relevant herein, TARGET CORPORATION was a for profit corporation existing by and under the laws of the State of Minnesota, and doing business as Target Store at 750 S. Randall Road, Algonquin, McHenry County, Illinois.

4. At all times relevant herein, there was a law in full force and effect in the State of Illinois governing venue, 735 ILCS 5/2-102, which, inter alia, provides that any private corporation is a resident of any county in which it has its registered office or other office or is doing business.

**EXHIBIT A**

5. On April 28, 2024, and at all times relevant herein, the Target store was open for business to the general public.

6. On April 28, 2024, and at all times relevant herein, DEBORAH A. SMITH, was a patron, customer, and invitee of TARGET CORPORATION who was injured upon said premises.

7. Pursuant to the Illinois Code of Civil Procedure, this matter is properly before the Twenty-Second Circuit Court of McHenry County because the defendant was a resident of and the complained-of conduct occurred in McHenry County.

**FACTS COMMON TO ALL COUNTS**

8. On April 28, 2024, and at all times relevant herein, TARGET CORPORATION operated the TARGET.

9. On April 28, 2024, and at all times relevant herein, TARGET CORPORATION managed the TARGET.

10. April 28, 2024, and at all times relevant herein, TARGET CORPORATION maintained the TARGET.

11. On April 28, 2024, and at all times relevant herein, TARGET CORPORATION controlled the TARGET.

12. On April 28, 2024, and at all times relevant herein, the TARGET store was open for business to the general public.

13. On April 28, 2024, TARGET CORPORATION, by and through its duly authorized agents, employees, and/or servants, owned, operated, monitored, secured, and/or maintained the shopping floor area of the TARGET while patrons, including Plaintiff DEBORAH A. SMITH were present.

14. On April 28, 2024, and at all times relevant herein, the shopping floor area owned, operated, monitored, secured, and/or maintained by TARGET CORPORATION, by and through its duly authorized agents, employees, and/or servants, allowed a foreign substance to be present, creating a hazard to patrons of the store, including DEBORAH A. SMITH, such that DEBORAH A. SMITH slipped and fell, sustaining injury.

**Count I: Negligence/Premises**
***DEBORAH A. SMITH v. TARGET CORPORATION***

15. Plaintiff restates and incorporates by reference Paragraphs 1 through 14 as and for her allegations for the instant paragraph and count as though fully stated herein.

16. At all times stated herein, TARGET CORPORATION, by and through its agents, employees, and/or servants, owed a duty to exercise ordinary care so as not to cause injury to individuals lawfully upon the premises of the TARGET store, including DEBORAH A. SMITH.

17. Notwithstanding said duty, on the aforesaid date and at said place, TARGET CORPORATION, by and through its duly authorized agents, employees, and/or servants committed one or more of the following acts and/or omissions:

a. Carelessly, negligently, and improperly operated, managed, maintained, and/or controlled the TARGET store floor so that as a direct and proximate result of TARGET CORPORATION's careless, negligent, and improper conduct, DEBORAH A. SMITH was injured;

b. Carelessly, negligently, and improperly operated the store floor outside the TARGET hotel, creating a danger to persons entering and/or exiting the premises; and/or

c. Otherwise failed to exercise ordinary care in maintaining said premise in a reasonably safe condition for DEBORAH A. SMITH's use.

18. At the aforesaid time and place, as a result of one or more of the foregoing acts and/or omissions, DEBORAH A. SMITH slipped and fell to the ground.

19. As a direct and proximate result of one or more of the foregoing acts and/or omissions, DEBORAH A. SMITH sustained injuries of a personal and pecuniary nature.

20. As a further direct and proximate result of one or more of the foregoing acts and/or omissions, DEBORAH A. SMITH suffered severe and permanent injuries, both internally and externally; and as a consequence thereof, DEBORAH A. SMITH has suffered and will continue to suffer great pain and mental anguish and loss of a normal life; that in addition thereto, DEBORAH A. SMITH has incurred and will in the future incur reasonable and necessary medical expenses in endearing to treat of said injuries; DEBORAH A. SMITH has incurred lost wages; and that DEBORAH A. SMITH has and will suffer from disability and disfigurement, and has otherwise been damaged in a pecuniary way.

WHEREFORE, DEBORAH A. SMITH prays for judgment against TARGET CORPORATION for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs, disbursements, and other relief to the extent permitted by law, including prejudgment interest.

**Count II: Loss of Consortium**
***GARY SMITH v. TARGET CORPORATION***

21. Plaintiff restates and incorporates by reference Paragraphs 1 through 14 as and for her allegations for the instant paragraph and count as though fully stated herein.

22. At the time of the accident complained of in the Plaintiffs' Complaint, the Plaintiffs were married. Plaintiffs continue to be married.

23. As a result of the wrongful and negligent acts of the Defendant, GARY SMITH was caused to suffer, and will continue to suffer in the future, loss of consortium, loss of society, affection, assistance, and conjugal fellowship, all to the detriment of his marital relationship with DEBORAH A. SMITH.

24. All the injuries and damages were caused solely and proximately by the negligence of the Defendants.

WHEREFORE, GARY SMITH prays for judgment against TARGET CORPORATION for an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00), plus costs, disbursements, and other relief to the extent permitted by law, including prejudgment interest.

Respectfully Submitted,

/s/ *Michael D. Cerasa*

Attorney for Plaintiff
Atty No. 6343734

**ROMANUCCI & BLANDIN, LLC**
321 N. Clark St., Suite 900
Chicago, IL 60654
t.: 312.253.8618; f.: 312.458.1004
e.: mcerasa@rblaw.net
Firm ID: 17235

**IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT**
**DUPAGE COUNTY, ILLINOIS, LAW DIVISION**

| | |
|---|---|
| DEBORAH A. SMITH, and<br>GARY SMITH, her husband,<br><br>Plaintiffs, | |
| v. | Case No.: |
| TARGET CORPORATION,<br><br>Defendant. | Plaintiff Demands a Jury Trial |

**<u>JURY DEMAND</u>**

Plaintiff hereby demands a jury trial in this case.

Respectfully submitted,

Attorney for Plaintiff
(ARDC No: 6343734)

ATTORNEY FOR PLAINTIFFS:
Michael D. Cerasa
ROMANUCCI & BLANDIN, LLC.
321 North Clark Street Suite 900
Chicago, IL 60654
Tel.: (312) 458-1000
Fax: (312) 458-1004
Email: mcerasa@rblaw.net
Firm ID: 17235