# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DEBORAH A. SMITH, and <br> GARY SMITH, her husband, <br>           Plaintiffs, <br>     v. <br> TARGET CORPORATION, <br>           Defendant. | Case Number: 25-CV-02614 |

## JURY DEMAND

Defendant hereby requests a trial by jury pursuant to Rule 38 of the Federal Rules of Civil Procedure.

                                      **DOWNEY & LENKOV LLC**

                                      TARGET CORPORATION

                      By:    /s/*Christopher M. Puckelwartz*
                                One of Defendant's Attorneys

Rich Lenkov, #6231079
Christopher M. Puckelwartz, #6243690
DOWNEY & LENKOV LLC
30 North LaSalle Street, Suite 3600
Chicago, IL 60602
P: 312.377.1501
F: 312.377.1502
E: rlenkov@dl-firm.com
E: cpuckelwartz@dl-firm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on March 12, 2025, I electronically filed the foregoing **Defendant's Jury Demand** with the Clerk of Court using online filing system which will send notification of such filing(s) to the following:

**Attorney for Plaintiff**
Michael D. Cerasa
Romanucci & Blandini, LLC.
321 N. Clark St., Suite 900
Chicago, IL 60654
T: 312-253-8618
E: mcerasa@rblaw.net

                                              */s/Christopher M. Puckelwartz*
                                              One of Defendant's Attorneys