UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Deborah A Smith, et al.
                                     Plaintiff,

v.                                                          Case No.: 1:25−cv−02614
                                                          Honorable Edmond E. Chang

Target Corporation
                                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 3, 2025:

      MINUTE entry before the Honorable Edmond E. Chang: On review of the status report, R. 8, Rule 26(a)(1) disclosures due 05/07/2025. The first round of written discovery requests must be issued by 05/09/2025. Rule 16(b) deadline to add parties or amend pleadings is 08/11/2025. **No summary judgment motion may be filed before the close of fact discovery without prior authorization of the Court.** Discovery supervision is referred to the magistrate judge (including the authority to adjust all deadlines, including the deadline for close of fact discovery; the proposed deadline seemed on the long side, but it is entirely up to the magistrate judge to decide). The tracking status hearing of 04/04/2025 for Judge Chang is reset to 06/20/2025 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Emailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.