**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Deborah A Smith, et al.

                                Plaintiff,

v.                                       Case No.: 1:25−cv−02614
                                       Honorable Edmond E. Chang

Target Corporation

                                Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable M. David Weisman for the purpose of holding proceedings related to: discovery supervision (including the authority to adjust all deadlines). (mw, ) Emailed notice.

Dated: April 3, 2025

                                            /s/ Edmond E. Chang

                                            United States District Judge