UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Deborah A Smith, et al.
        Plaintiff,
v.               Case No.: 1:25−cv−02614
               Honorable Edmond E. Chang
Target Corporation
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 4, 2025:

  MINUTE entry before the Honorable M. David Weisman: This case has been referred to Magistrate Judge Weisman for the purposes of discovery supervision (including the authority to adjust all deadlines). Initial status hearing scheduled for 6/12/25 at 9:15 a.m. with a joint status report filed by noon on 6/10/25. Prior to the status hearing, the Court specifically requests that counsel consult the Court's standing order. Parties should be prepared to discuss discovery scheduling and related issues. Mailed notice (ao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.